UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 1:96CR84-02

v.                                                    Hon. Paul L. Maloney

RICHARD NATHAN CLARK LEE,

    Defendant.
_____/

## ORDER FOR WAGE ASSIGNMENT

In accordance with the stipulation of the parties:

It is hereby ORDERED that defendant's employer Twin City Transportation Authority, deduct the sum of $125.00 per pay period, starting with the pay period during which this Order is received and continuing each and every succeeding pay period, until the balance is paid in full, from the wages of Richard Nathan Clark Lee and transmit such sum to:

> Clerk, United States District Court
> Western District of Michigan
> 399 Federal Building
> 110 Michigan NW
> Grand Rapids, MI 49503
> Payable to CLERK, UNITED STATES DISTRICT COURT

Such wage assignment is to remain in effect until the sum of $20,000.00 is satisfied, or Richard Nathan Clark Lee, terminates employment. Twin City Transportation Authority will be notified by the United States Attorney's Office when the remaining balance is $100.00 so that no overpayment is created.

A copy of this order is to be served by the United States Attorney's Office upon Twin City Transportation Authority at 272 Wall Street, Benton Harbor, MI 49022.

Dated: December 17, 2009        /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge